## (February 13, 1975)

In the Matter of THOMAS BRENNAN, Respondent, v. EDWARD GRABOWSKI, as Chief Clerk of the Board of Elections of the City of New York, County of Richmond, et al., Respondents, and WILMA B. LOBAITO et al., Appellants.— In a proceeding (1) to compel cancellation of the enrollments of appellants and others named as respondents in the proceeding, in the Conservative Party in Richmond County, and (2) to annul petitions presented by them to the respondent Board of Elections of the City of New York as candidates for the county committee of said party in certain Election Districts of the 60th Assembly District, the appeal is from a judgment of the Supreme Court, Richmond County, dated January 6, 1975, which granted the application to the extent of directing that the enrollments of appellants, and certain of the others named as respondents in the proceeding be canceled. Judgment reversed insofar as it affects appellants, on the law, without costs, and proceeding dismissed insofar as it refers to the enrollment, and petitions for the candidacies, of appellants. Before the enrollment of a voter as a member of the Conservative Party can be stricken on the ground that he is not in sympathy with the principles of said party, a hearing must be held by the chairman of the county committee of the Conservative Party or by a subcommittee appointed by him on notice to the voter (Election Law, § 332, subd. 2). Gulotta, P. J., Rabin, Martuscello, Benjamin and Shapiro, JJ., concur.

In the Matter of the Estate of SUSAN V. LUCKENBACH, Deceased. LEWIS LUCKENBACH, JR., Individually and as Administrator, Appellant-Respondent; CARL R. CHANDLER, as Trustee, Respondent-Appellant; SETH RUBENSTEIN, as Guardian ad Litem, Respondent.— Order of the Surrogate's Court, Kings County, dated October 11, 1974, which, inter alia, struck the appearance and answer of respondent-appellant Chandler insofar as he claimed to be the assignee of Linda Louise Luckenbach under a certain agreement, affirmed, without costs, and order of the same court of the same date which, inter alia, denied a motion to dismiss the cross petition set forth in the answer of the guardian ad litem, on the ground of lack of subject matter jurisdiction, affirmed insofar as appealed from, without costs. No opinion. Hopkins, Acting P. J., Latham, Christ and Shapiro, JJ., concur.